UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GONZALO JAVIER G. BARAJAS,<br><br>　　　　　　Defendant. | No. CR-05-2033-FVS |

**THE GOVERNMENT** having failed to file a motion in response to the Court's order of May 16, 2005; Now, therefore

**IT IS HEREBY ORDERED:**

The indictment is dismissed with prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  27th    day of May, 2005.

　　　　　　　　　　　　　s/ Fred Van Sickle
　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　Chief United States District Judge

- 1